```
 1  L. Bishop Austin (SBN 175497)
    L. Bishop Austin & Associates
 2  3250 Wilshire Blvd., Ste 1500
    Los Angeles, CA 90010
 3  Telephone (213) 388-4939
    Facsimile (213) 388-2411
 4  Email: lbishopbk@yahoo.com
    Attorney for Debtor/Movant
 5
 6  Attorney for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA RIVERSIDE DIVISION

| In Re:<br><br>Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma<br><br>Debtor(s) | **CASE NO. 6:10-bk-28831-CB**<br><br>**CHAPTER 13**<br><br>NOTICE OF CORRECT HEARING DATE FOR MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDER CITIBANK, N.A.; AND PERMISSION TO BE EXCUSED FROM MAKING FURTHER POST-PETITION MORTGAGE PAYMENTS TO RESPONDENT, CITIBANK. N.A., THE SECOND DEED OF TRUST HOLDER ONLY, ITS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS IN SUPPORT THEREOF<br><br>Date :     JULY 15, 2010<br>Time:     01:30 PM<br>Location:  3420 Twelfth St.,<br>           Riverside, CA 92501<br>Courtroom: 303 |
|---|---|

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE; ROD DANIELSON, CHAPTER 13 TRUSTEE;  CITIBANK, N.A. (JUNIOR LIEN HOLDER), RESPONDEN ; AND ALL OTHER PARTIES IN INTEREST:**

1

**PLEASE TAKE NOTICE**, that the correct date and time on the debtor's motion to extinguish the junior lien of CITIBANK, is July 15, 2010 at 01:30 PM. The underlying substantive content of the previously filed and served motion has not changed in any respect.

**YOU ARE FURTHER NOTIFIED** that if this motion is granted, junior lien held by CITIBANK, N.A., (hereinafter the "Respondent") consensual secured, junior lien, would be treated as an unsecured claim in the herein Chapter 13 filing.

**YOU ARE FURTHER NOTIFIED** that pursuant to Local Rule 9013-1 (a)(7), unless the court orders otherwise, each interested party opposing, joining or responding to the motion shall file and serve no later than fourteen (14) days prior to the date designed for the hearing either: (i) a brief but complete written statement of all reasons in opposing thereto and answering memorandum of points and authorities, declarations and copies of all photographs and documentary evidence on which the responding party interest to rely on the debtor's counsel, the Chapter 13 Trustee and all other necessary parties in interest. The opposing papers shall advise the adverse party that any reply to the opposition shall be filed with the Court and served on movant, or the Chapter 13 Trustee not later than seven (7) days calendar prior to the hearing on the motion with a paper courtesy copy delivered to Judge's Chambers; or (ii) a written statement that the motion will not be opposed.

**YOU ARE FURTHER NOTIFIED** that, pursuant to Local Bankruptcy Rule 9013-1(a)(11), papers not timely filed and served may be deemed by the court to be consent to the granting of the motion and relief sought by the moving party.

Dated: JUNE 25, 2010

Respectfully Submitted,

L. Bishop Austin & Associates

L. Bishop Austin (SBN 175497)
Attorney for debtor(s)

2

**PROOF OF SERVICE BY U.S.MAIL**

STATE OF CALIFORNIA )
)SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, California. My business address is:3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010 I am over the age of eighteen years and not a party to this cause.

On JUNE 25, 2010 I served the document(s) described as: NOTICE OF CORRECT HEARING DATE FOR MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDER CITIBANK, N,A AND PERMISSION TO BE EXCUSED FROM MAKING FURTHER POST-PETITION MORTGAGE PAYMENTS TO RESPONDENT, CITIBANK, N.A. THE SECOND DEED OF TRUST HOLDER ONLY, TS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS IN SUPPORT THEREOF in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

ROD (PC) DANIELSON
4361 LATHAM STREET, SUITE 270
RIVERSIDE, CA 92501

FIRST DEED OF TRUST
CITIMORTGAGE
PO BOX 6006
THE LAKES, NV 88901

SECOND DEED OF TRUST
CITIBANK, N.A.
ATTN.: PRESIDENT OR GENERAL DIRECTOR
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245

CITIBANK, N.A.
4740 121ST STREET
URBANDALE, IA 50323

CITIBANK, N.A
AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

[X] Via United States First Class Mail: I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The within correspondence will be deposit with the United States Postal Service on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date on postal meter ate is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this declaration was executed on JUNE 25, 2010 at Los Angeles, California.

*Moises Lopez*
Moises Lopez